UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ELEVANCE HEALTH COMPANIES, INC.,

Plaintiff,

-v-

HAMASPIK CHOICE, INC. et al.,

Defendants.

---

26-CV-6361 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- **No later than Friday, October 30, 2026**, the parties shall propose an agreed-upon Protective Order. If the parties cannot agree on a joint proposed Order, the parties shall submit individual proposed Orders, accompanied by a redline identifying the differences between the parties' proposed Orders and letter briefs not to exceed three pages.

- **No later than Tuesday, November 3, 2026**, the parties shall produce all outstanding document discovery. **No later than Friday, November 6, 2026**, the parties shall meet and confer regarding any discovery deficiencies, Rule 30(b)(6) depositions, and a briefing schedule for Plaintiff's preliminary injunction motion.

- **No later than Monday, November 9, 2026**, the parties shall submit a joint letter advising the Court whether there are any outstanding discovery disputes. Should any disputes remain, the parties have two options: They may raise the dispute(s) in their joint letter or propose a briefing schedule to promptly resolve any dispute(s). The parties should also propose a briefing schedule for Plaintiff's preliminary injunction.

- **No later than Friday, November 20, 2026**, the parties shall complete expedited discovery.

The Clerk of Court is directed to terminate ECF No. 57.

SO ORDERED.

Dated: October 28, 2026
New York, New York

JESSE M. FURMAN
United States District Judge